# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Crystal Martin, *et al.*,

        Plaintiff,

v.

Lincor Eatery, Inc., *et al.*,

        Defendants.

_____/

Case No. 17-11634

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AGREEMENT [102]

Before the Court is Plaintiffs' motion for final approval of the Proposed Settlement Agreement. (ECF No. 102.) On March 31, 2022, a hearing was held and oral argument was heard. For the reasons set forth on the record, the Court finds the Proposed Settlement Agreement (ECF No.102-2) to be fair, reasonable, and adequate. Accordingly, Plaintiffs' motion is GRANTED.

    IT IS SO ORDERED.

Dated: March 31, 2022  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 31, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
